ACCEPTED
05-14-01415-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
2/26/2015 3:27:42 PM
LISA MATZ
CLERK

## NO. 05-14-01415-CV

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
2/26/2015 3:27:42 PM
LISA MATZ
Clerk

## IN THE FIFTH COURT OF APPEALS
## DALLAS, TEXAS

## SOUTHAMPTON LTD. and SOUTHWEST REINSURANCE, INC.

### Appellants,

### vs.

## FOUR HORSEMEN AUTO GROUP, INC., CHISHOLM TRAIL AUTO GROUP, LLC, CHISHOLM TRAIL AUTO GROUP II, LLC, CHISHOLM TRAIL REAL ESTATE, LLC

### Appellees.

## ON APPEAL FROM THE 101st DISTRICT COURT
## OF DALLAS COUNTY, TEXAS, NO. DC-13-13331

## APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE REPLY IN SUPPORT OF APPEAL

Werner A. Powers
State Bar No. 16218800
Natalie DuBose
State Bar No. 24077481
**HAYNES AND BOONE, LLP**
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
214-651-5000
214-651-5940 (facsimile)

*ATTORNEYS FOR APPELLANTS*

To the Honorable Fifth Court of Appeals:

Pursuant to Texas Rule of Appellate Procedure 10.5(b), Appellants file this Unopposed Motion for Extension of Time in Which to File a Reply in Support of their Appeal and hereby request the Court extend the deadline by which to file a reply in support of their appeal by two (2) weeks, or until <u>March 17, 2015</u>. In support of their Motion, Appellants would show the Court the following:

1. Appellants' Reply is currently due on Tuesday, March 3, 2015.

2. No previous motions for extensions have been made.

3. Appellants seek an extension so that it may adequately address Appellees' evidentiary and substantive arguments, the response to which requires detailed research and briefing. Counsel is in the process of preparing the Reply, but in the interest of completing it correctly and thoroughly, Appellants seek an additional two seeks in which to respond.

4. Appellees have no objection to this extension.

## IV. PRAYER

For these reasons, Appellants respectfully request that the Court extend the deadline by which Appellants must file their reply in support of their appeal for two (2) weeks, or until <u>March 17, 2015</u>.

Respectfully submitted,

HAYNES AND BOONE, LLP

*/s/ Werner A. Powers*
Werner A. Powers
State Bar No. 16218800
Natalie DuBose
State Bar No. 24077481
2323 Victory Avenue, Suite 700
Dallas, Texas  75219
Telephone:  (214) 651-5000
Telecopier:  (214) 651-5940
werner.powers@haynesboone.com
natalie.dubose@haynesboone.com

ATTORNEYS FOR APPELLANTS
SOUTHAMPTON, LTD. AND
SOUTHWEST REINSURANCE, INC.

**CERTIFICATE OF SERVICE**

This certifies that a true and correct copy of the foregoing instrument has been sent to all counsel of record to the appeal in accordance with the Texas Rules of Civil Procedure on this 26th day of February, 2015.

James J. Doyle III
The Doyle Law Firm
4054 McKinney Ave., Suite 310
Dallas, Texas 75204
james@doylelawonline.com

Additionally, a courtesy copy has been provided to the following attorneys:

| | |
|---|---|
| Mark A. Shank | Leonard (Ladd) A. Hirsch |
| Gruber Hurst Johansen Hail Shank | James D. Sheppard |
| 1445 Ross Avenue, Suite 2500 | Diamond McCarthy, LLP |
| Dallas, Texas 75202-2711 | 1201 Elm Street Suit, 3400 |
| mshank@ghjhlaw.com | Dallas, Texas 75209 |
| | LHirsch@diamondmccarthy.com |

*/s/ Natalie DuBose*
Natalie DuBose

15048542_1